**Order entered February 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00043-CV**

**IN THE INTEREST OF R.B., A CHILD**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

**ORDER**

Before the Court is court reporter LaTresta Ginyard's February 23, 2021 request for a two-day extension of time to file the reporter's record. In light of the Court's order of that same date extending the deadline to March 1, 2021, we **DENY** the request as moot.

/s/     KEN MOLBERG
          JUSTICE